# CIRCUIT COURT.

LAWRENCEBURG (Indiana), MARCH, 1820.

*The Commonwealth*
vs.       } MURDER.
*Amasa Fuller.*

Before Judge *Eggleson.*

*Amos Lane* and *John Test, Esqrs.,* for the prosecution.

*Charles Dowey, Joseph S. Benham, Daniel J. Caswell, William C. Drew, Samuel Q. Richardson,* and *Merril C. Craig, Esqrs.,* for the prisoner.

The prisoner was charged with the murder of Palmer Warren.

## EVIDENCE.

The circumstances were briefly these:—Fuller had, for some considerable time prior to the murder of Warren, been attentive to a young lady, who was residing with her uncle in Lawrenceburg; about the last of November, 1819, Fuller left this place for Brookville; while there, the unfortunate deceased commenced an intimacy with the young lady to whom Fuller had been attached; their intimacy resulted in an engagement of marriage, which was to have been consummated on the fatal 10th of January, 1820. It appeared in evidence, that about the middle or last of December, Fuller, then at Brookville, received a letter in the hand-writing of Warren, and signed by the young lady, enclosing a ring, in which she renounced all feelings of attachment towards him, and returned him the ring which she had received from him in pledge; that, after the receipt of this letter, Fuller appeared gloomy and melancholy. On Friday, 7th January, he left Brookville on foot, and arrived in Lawrenceburg in the evening of that day; after changing his wet clothes (having rained) he went into the house of the young lady's uncle, next to Mr. Coburn's hotel, where he put up, and was there frequently between the time of his arrival and the day of the murder. Meeting Warren at the house, he several times attempted to quarrel with him, which Warren declined. On Saturday, 8th January, it appeared that Fuller borrowed a pair of pistols with the avowed design of shooting at a mark, in which amusement he requested several young men to participate; on the afternoon of that day, he asked a Mr. Hitchcock if he would go out and hunt with him; he replied that he would, and

LAWR'NCE-
BURG,
March, 1820.

The Com'th
v.
Fuller.

would go for his gun; Fuller answered, I do not hunt with guns, but with pistols. On Sunday, 9th January, Fuller seemed cool and collected, talked on various subjects with his fellow-boarders, and declared he had no pretensions to the young lady in question. On Monday morning, 10th January, he asked Mr. Hitchcock, then up in his room at the hotel, what was the best way to load a pistol, and the surest way to kill; and observed, I am afraid that this pistol has not enough powder in it; how shall I shoot it off so as not to be heard? [It must be observed that Warren's office is under the same roof with Coburn's hotel.] Fuller went down stairs, and shortly after came up, saying, I have shot it off, and no person heard me. Fuller then loaded the pistols with powder and four slugs each; Hitchcock told him he hoped he had no evil designs; Fuller replied, "I have not, but I will show you some fun." Fuller then put on a great coat, which he had borrowed from Mr. Coburn, and feeling if it had pockets, he put one pistol in each pocket of the coat, and walked down stairs, having previously asked Hitchcock if he could discover that he had pistols. It appeared further in evidence, that Fuller left the house, came back, and went out again; he was seen by Mr. Farrar, who was standing in the door of his house, next but one to Warren's office, to come out of Coburn's bar-room about a yard behind Warren, who unlocked the door of his office, and entered, followed by Fuller; in about three-fourths of a minute Mr. Farrar heard the report of a pistol in Warren's office, instantly ran there, and attempting to open the door, it was stopped by something, and, looking down, he discovered the body of Warren, lying crosswise the door. He pushed open the door, and upon entering the office, discovered Fuller standing beside the body, and the room filled with smoke and the smell of powder; Warren was not yet dead, but struggling in the last agonies. Mr. Farrar seized hold of Fuller, exclaiming, "Good heavens! Fuller, is it possible you have done this?" Fuller replied, "I am a man, and have acted the part of a man! I have been ridding the earth of a vile reptile! I glory in the deed!" The pistols were found lying on the counter in the office, one discharged of its contents, the other still charged. A writing was found on the floor, the substance of which was, that Warren, in the presence of the Almighty God, swore to renounce all pretensions to the young lady, and acknowledge himself to be a base liar and a scoundrel! Fuller said, after his arrest, that he had presented this paper to Warren, desiring him to sign it; he refused; he then offered him a pistol, bidding him defend himself like a man; this Warren also refused; and that he then shot the cowardly rascal. The body of Warren was pierced with a wound just below the pap of the left breast. It does not appear that Warren had ever taken any undue advantage of Fuller, or even spoke a disrespectful word of him to the young lady or any other person.

The authorities are collected in C. L. Cas., vol. i. p. 29, 488.

An application was made by the counsel for the prisoner to postpone the case to the next term: they filed an affidavit in the usual form, stating the absence of ma-

terial witnesses, whose attendance they expected to be able to procure at the next term of this court. After a short argument by the counsel, the court overruled the motion for a postponement, on the ground *the affidavit did not state the facts the absent witnesses were expected to prove.*

Another motion was then made for continuance, by the counsel for the prisoner, on affidavit of the fact that popular prejudice ran so high that the prisoner could not have a fair trial. The opinion of the court was, that if the fact thus stated came to the knowledge of the prisoner subsequent to the former motion for a continuance, they would listen to it; but as it does not appear that it did, the motion is overruled. The defence set up on the trial was *insanity.* It, however, appeared in evidence, that the prisoner had been thought by those witnesses who had seen him, to be more gloomy and melancholy than usual, and as if something disturbed his mind; but nothing like insanity was made out. After a long and patient hearing of the testimony, which was very consistent and positive, and after an able defence by the prisoner's counsel, the jury retired, and in about two hours returned into court with a verdict of *guilty.* On Saturday morning the sentence of the court was passed by his honor Judge *Eggleston,* that the prisoner at the bar be remanded to his place of confinement, and be thence conducted, on Friday, 31st March, inst. to the place of execution, and be there hanged by the neck until he be dead. Fuller preserved throughout his trial, and at the time the judge pronounced to him his awful doom that his days were numbered, a stern, inflexible countenance.

He was executed.

LAWR'NCE BURG, March, 1820.

The Com'th v. Fuller.

See Judah's case, Cr. L. C. vol. i. p. 482. 490. and the authorities there collected.